✍ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                Judge [illegible]

    - v -                        :       NOTICE OF INTENT TO
                                         FILE AN INFORMATION
SHARICE SIMONS,                  :

            Defendant.           :

- - - - - - - - - - - - - - - - x        **08 CRIM 510**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 5, 2008

                                MICHAEL J. GARCIA
                                United States Attorney

                         By:    _____  5/27/08
                                Natalie Lamarque
                                Assistant United States Attorney

                                AGREED AND CONSENTED TO:

                         By:    Fiona Doherty         5/21/08
                                Fiona M. Doherty
                                Attorney for Sharice Simons

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED]

5/28/08   WHEEL A                                          TOTAL P.002