```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    INFORMATION

           - v. -                  :
                                        08 Cr. ____
SHARICE SIMONS,                    :

           Defendant.              :

- - - - - - - - - - - - - - - - - -x
```

**08 CR 510**

COUNT ONE

The United States Attorney charges:

From at least on or about December 7, 2007 through on or about January 24, 2008, in the Southern District of New York, SHARICE SIMONS, the defendant, unlawfully, willfully, and knowingly and with intent to defraud as part of an offense affecting interstate commerce, did effect transactions, with one and more access devices issued to other persons, to receive payment and any other thing of value during any one-year period the aggregate value of which is equal to and greater than $1,000, to wit, SIMONS used, without authorization, credit card convenience checks issued in the name of another individual.

(Title 18, United States Code, Section 1029(a)(5)).

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

SHARICE SIMONS,

Defendant.

---

### INFORMATION

08 Cr. \_\_\_\_

(Title 18, United States Code,
Sections 1029(a)(5).)


                                    MICHAEL J. GARCIA
                                    United States Attorney.

---

\* Filed Waiver of Indictment + Information

Deft. pres. with attorney  Ms. Doherty
AUSA  Ms. Lamarque   Court Reporter  Pres.
Interpreter pres/(not)/pres. Deft. withdraws plea of not guilty & enters a plea of guilty to count(s)  # 1  . PSI Ordered. Sentence date set for Sept 5th 2008
Bail  Cont.
Mag. Judge  Pitman  recommends Judge  Buchwald  accept the guilty plea.

Pitman
USMJ