```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    ORDER

            - v. -                :    08 Cr. 510 (NRB)

SHARICE SIMONS,                   :

            Defendant.            :

- - - - - - - - - - - - - - - - - -x

WHEREAS, with the defendant's consent, her guilty plea allocution was taken before a United States Magistrate Judge on June 6, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         July 21, 2008

                                  _____
                                  THE HONORABLE NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE